**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KARINE AVAKYAN** | **CASE NO. 6:26-CV-00488 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously issued herein, noting the absence of objections filed thereto, and after a *de novo* review of the record,

IT IS HEREBY ORDERED that the petition for habeas corpus filed by Karine Avakyan is GRANTED. Respondents and the Warden of the South Louisiana ICE Processing Center shall (1) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary, and (2) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

IT IS FURTHER ORDERED that any possible or anticipated removal or transfer of Petitioner under this present detention is PROHIBITED.[1] Respondents shall, within 24 hours after Petitioner's release, file a status report confirming her release.

THUS DONE in Chambers on this 31st day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

[1] The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were obtained.